UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-21769-WILLIAMS

IRINA TESORIERO,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order granting Defendant's motion for summary judgment (DE 75). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Carnival Corporation and against Plaintiff Irina Tesoriero. Plaintiff Irina Tesoriero shall take nothing from her claims.

2. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3rd day of April, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE