IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-21769-WILLIAMS

IRINA TESORIERO,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Irina Tesoriero, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Final Judgment [DE 76] entered against her in this action on April 3, 2018, a copy of which is attached hereto.

    Respectfully submitted,

    HICKEY LAW FIRM, P.A.
    hickey@hickeylawfirm.com
    csmith@hickeylawfirm.com
    1401 Brickell Avenue, Suite 510
    Miami, Florida 33131
    Telephone (305) 371-8000
    Facsimile (305) 371-3542
        -and-
    RUSSO APPELLATE FIRM, P.A.
    e-service@russoappeals.com
    7300 North Kendall Drive, Suite 600
    Miami, Florida 33156
    Telephone (305) 666-4660
    Facsimile (305) 666-4470

    Counsel for Plaintiff

    By: /s/ Elizabeth K. Russo
        ELIZABETH K. RUSSO
        Florida Bar No. 260657
        ekr@russoappeals.com

CASE NO.: 16-cv-21769-WILLIAMS

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of April, 2018, I have filed a copy of the foregoing with the CM/ECF System, which will generate notices of Electronic Filing to all parties that have appeared in this matter.

/s/ Elizabeth K. Russo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-21769-WILLIAMS

IRINA TESORIERO,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order granting Defendant's motion for summary judgment (DE 75). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Carnival Corporation and against Plaintiff Irina Tesoriero. Plaintiff Irina Tesoriero shall take nothing from her claims.

2. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3rd day of April, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE